[No. 14722–6–I. Division One. August 12, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY EUGENE MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83–1–02375–7, William C. Goodloe, J., entered April 10, 1984. *Affirmed* by unpublished opinion per Ring-

old, A.C.J., concurred in by Pekelis, J., and Williams, J. Pro Tem.